RECEIVED

AUG 1 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 03-30045-03 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JESSE LEE HALL | MAG. JUDGE KAREN L. HAYES |

### ORDER

Defendant having failed to file a brief in support of his application for Certificate of Appealability, as previously ordered by this Court,

IT IS ORDERED that his application for Certificate of Appealability is DENIED for failure to make a substantial showing that any issue constituted the denial of a constitutional right.

Monroe, Louisiana, this 18 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE